IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DESHONE SMITH,**

Plaintiff,

v.

**PRESCOTI,**

Defendant.

Case No. 2:15-cv-0421-EFB-P

[~~PROPOSED~~] ORDER

Good cause appearing, the Court shall stay all discovery pending resolution of Defendant's motion for summary judgment on the issue of exhaustion. (ECF No. 30.) The Court also vacates the discovery and dispositive motion deadlines contained in its November 21, 2016, Discovery and Scheduling Order. (ECF No. 29.) The Court will reopen discovery, and will reset the discovery and dispositive motion deadlines, in the event that Defendant's motion for summary judgment on the issue of exhaustion is denied. The Clerk is directed to terminate ECF No. 31.

IT IS SO ORDERED.

Dated: February 27, 2017.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:15-cv-0421-EFB-P)